State, ex rel., v. Lee.

STATE, *ex rel.* J. W. CANNON, *v.* JAMES LEE.

*(Jackson.* April Term, 1911.)

1. **FACTS. Whether a justice of the peace has removed from his district is purely a question of fact.**

 The question whether a justice of the peace has removed from the district for which he was elected is purely a question of fact. (*Post, pp.* 386, 387.)

 Code cited and construed: Sec. 433 (S.); sec. 399 (M. & V.); sec. 344 (T. & S. and 1858).

2. **SAME. Same. Concurrent finding of facts by chancellor and court of civil appeals will not be reviewed by the supreme court, if supported by any evidence.**

 Where there is a concurrent finding upon any issue of fact by the chancellor and the court of civil appeals, the supreme court will not review that finding, if there is any evidence to support it; as where the chancellor and the court of civil appeals have concurrently found that a justice of the peace has removed from his district. (*Post, p.* 387.)

3. **FACTS AND LAW. Decree reached by applying correct principles of law to conclusive concurrent findings of fact by chancery court and court of civil appeals will be affirmed by supreme court.**

 Where the supreme court, upon examination of the record, is satisfied that both the chancery court and the court of civil appeals applied correct principles of law to their conclusive concurrent findings of facts in reaching their decisions, the decree will be affirmed. (*Post, p.* 387.)

124 Tenn.—25

FROM SHELBY.

Appeal from the Chancery Court of Shelby County to the Court of Civil Appeals, and by *certiorari* from the Court of Civil Appeals to the Supreme Court.—H. DENT MINOR, Chancellor.

Z. N. ESTES and GREER & GREER, for complainant.

M. KINNEY BARTON and CARUTHERS EWING, for defendant.

MR. JUSTICE GREEN delivered the opinion of the Court.

This bill was filed in the name of the State, upon the relation of a citizen, as stated in the caption, to vacate the office of James Lee, a magistrate elected for the Sixth district of Shelby county.

The chancellor granted the relief sought, and his decree was affirmed by the court of civil appeals. A petition for *certiorari* was presented to a member of this court, and granted by him, and the case in this way brought before us for review.

Shannon's Code, section 433, provides: "Justices of the peace shall vacate their office by removal from the district for which they were elected. . . . "

Therefore the sole question in this case is whether or

State, ex rel., v. Lee.

not the defendant, James Lee, had removed from the Sixth district of Shelby county, from which he was elected.

This is purely a question of fact. The chancellor and the court of civil appeals have concurrently found that the defendant did remove from his district.

Where there is a concurrent finding upon any issue of fact by the chancellor and court of civil appeals, this court will accept and will not go behind that finding, if there is any evidence to support it. There is material evidence to support this finding here.

We have examined the record, and the opinions of the chancellor and of the court of civil appeals, and we are satisfied that both courts applied correct principles of law in reaching their conclusions herein.

The result is that the decree of the court of civil appeals will be affirmed.